

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Buso, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Vigo Importing Co., a Florida corporation; Does 1 Through 10, inclusive<br><br>**Defendant.** | Civil Action No.   18cv1328-WQH-BGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Motion to Dismiss is granted.

Date:   1/11/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Sacco

A. Sacco, Deputy